**Zachary WILLIAMS, Petitioner–
Appellant,**

v.

**Frederick MENIFEE; Attorney General for the State of Maryland,
Respondents–Appellees.**

No. 01–6299.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 20, 2001.

Decided Oct. 15, 2001.

Zachary Williams, pro se.

John Joseph Curran, Jr., Attorney General, Mary Ann Rapp Ince, Office of the Attorney General of Maryland, Baltimore, MD, for appellees.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

PER CURIAM.

Zachary Williams seeks to appeal the district court's orders denying his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001), as untimely filed and denying his motions filed under Fed.R.Civ.P. 59(e). We have reviewed the record and the district court's opinions and find no reversible error.* Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Williams v. Menifee*, No. CA–00–3504–CCB (D. Md. filed Feb. 1, 2001 &

* This case was placed in abeyance pending our decision in *Atkinson v. Angelone*, No. 00–

entered Feb. 2, 2001; filed Feb. 7, 2001 & entered Feb. 8, 2001; Feb. 14, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

6187, 2001 WL 1020287 (4th Cir. Sept.6, 2001) (unpublished).